PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>           v.<br><br>LUIS ENRIQUE VASQUEZ-LOPEZ,<br><br>                            Defendant. | CASE NO.  2:23-CR-00135-WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: November 13, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on November 13, 2023.

2.      By this stipulation, defendant now moves to continue the status conference until **December 4, 2023 at 9:30 a.m.**, and to exclude time between November 13, 2023, and December 4, 2023, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes investigative reports, photographs, drug lab analyses, and audio and video recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)     Counsel for defendant has been in a double homicide jury trial in the matter of *People of the State of California v. Ricardo Banuelos Villarreal* since September 8, 2023.  The jury is currently deliberating.

c)     Counsel for defendant desires additional time to review the discovery, consult with his client, review the current charges, conduct investigation and research related to the charges, discuss possible resolutions, and otherwise prepare for trial.

d)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)     The government does not object to the continuance.

f)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 13, 2023 to December 4, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

/ / /

/ / /

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3 must commence.

4    IT IS SO STIPULATED.

5

6

7 Dated:  November 6, 2023                    PHILLIP A. TALBERT
                                             United States Attorney

8

9                                            /s/ ALSTYN BENNETT
                                             ALSTYN BENNETT
10                                           Assistant United States Attorney

11

12 Dated:  November 6, 2023                   /s/ JESSE I. SANTANA
                                             JESSE I. SANTANA
13                                           Counsel for Defendant
                                             LUIS ENRIQUE VASQUEZ-
14                                           LOPEZ

15

16

17                                **ORDER**

18    IT IS SO FOUND AND ORDERED.

19

20    Dated:  November 7, 2023
                                             WILLIAM B. SHUBB
21                                           UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME              3
PERIODS UNDER SPEEDY TRIAL ACT