PHILLIP A. TALBERT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2751
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-00135-WBS |
|---|---|
| Plaintiff, | STIPULATION AND ORDER SETTING DATES FOR PRESENTENCE INVESTIGATION REPORT AND RESETTING THE SENTENCING DATE |
| v. | |
| LUIS VASQUEZ-LOPEZ, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record Matthew Smith, Esq., hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on October 15, 2024. ECF 30.

2. By this stipulation, the parties respectfully move for the Court to continue the sentencing date for January 21, 2025, and reset dates related to the preparation of the Presentence Investigation Report as detailed in the schedule set forth below. The parties consulted with Supervising United States Probation Officer Lynda Moore and the proposed dates were acceptable to the Probation Office.

| Event | Date |
|---|---|
| The Proposed Presentence Investigation Report shall be disclosed to counsel no later than: | 12/5/2024 |
| Counsel's written objections to the PSR shall be delivered to the Probation Officer and opposing counsel no later than: | 12/12/2024 |
| The PSR shall be filed with the Court and disclosed to counsel no later than: | 12/19/2024 |
| Motion for Correction of the PSR (formal objections) shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 12/30/2024 |
| Reply or statement of non-opposition: | 1/10/2025 |
| Judgment and sentencing date: | 1/21/2025 |

IT IS SO STIPULATED.

Dated:  October 3, 2024               PHILLIP A. TALBERT
                                      United States Attorney

                                      /s/ *Jason Hitt*
                                      JASON HITT
                                      Assistant United States Attorney


Dated:  October 3, 2024               /s/*Matthew Smith, Esq. by Jason Hitt*
                                      MATTHEW SMITH, Esq.
                                      Counsel for Defendant
                                      LUIS VASQUEZ-LOPEZ
                                      Authorized to sign for Mr. Smith on 10-3-24

**ORDER**

The Court vacates the previous sentencing date for defendant Luis Vasquez-Lopez and resets the sentencing for **January 21, 2025, at 10:00 a.m.**  The Court further adopts the schedule proposed by the parties and accepted by the Probation Office.

IT IS SO ORDERED.

Dated:  October 4, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE