1  MICHELE BECKWITH
   Acting United States Attorney
2  JASON HITT
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2751
   Facsimile: (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

7

8                        IN THE UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )   CASE NO. 2:23-CR-00135-WBS
                                      )
12                  Plaintiff,        )   STIPULATION AND ORDER RESETTING THE
                                      )              SENTENCING DATE
13         v.                         )
                                      )
14 LUIS VASQUEZ-LOPEZ,                )
                                      )
15                                    )
                    Defendant.        )
16                                    )
                                      )
17                                    )
                                      )
18

19      Plaintiff United States of America, by and through its counsel of record, and defendant, by and

20 through defendant's counsel of record Matthew Smith, Esq., hereby stipulate as follows:

21      1.   By previous order, this matter was set for sentencing on January 21, 2024.  ECF 35.

22

23

24

25

26

27

28

1  2. By this stipulation, the parties respectfully move for the Court to continue the sentencing
2  date to March 24, 2025.  The requested continuance will provide adequate time for the Probation Officer
3  to complete the Presentence Investigation Report.

4

5       IT IS SO STIPULATED.

6  Dated: January 15, 2025                             MICHELE BECKWITH
                                                      Acting United States Attorney
7
                                                      /s/ *Jason Hitt*
8                                                     JASON HITT
                                                      Assistant United States Attorney
9

10 Dated: January 15, 2025                             /s/*Matthew Smith, Esq. by Jason Hitt*
11                                                    MATTHEW SMITH, Esq.
                                                      Counsel for Defendant
12                                                    LUIS VASQUEZ-LOPEZ
                                                      Authorized to sign for Mr. Smith on 1-14-25
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

The Court vacates the previous sentencing date for defendant Luis Vasquez-Lopez and resets the sentencing for March 24, 2025, at 10:00 a.m.

IT IS SO ORDERED.

Dated: January 15, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE